UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JACQUELINE HORTON** | **CIVIL ACTION NO. 23-cv-314** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIS-KNIGHTON MEDICAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 39] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 40] filed by Defendant Willis-Knighton Medical Center and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jacqueline Horton's Motion to Remand [Doc. No. 8] is hereby **GRANTED** for lack of subject matter jurisdiction, and therefore,

**IT IS ORDERED** the case is **REMANDED** back to the Tenth Judicial District Court for the Parish of Natchitoches, State of Louisiana.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 18th day of August, 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE