UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JACQUELINE HORTON** | **CIVIL ACTION NO. 1:23-CV-00314** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIS-KNIGHTON MEDICAL CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER FOR ADMINISTRATIVE CLOSURE

Given the appeal [Doc. No. 47] in this case,

**IT IS HEREBY ORDERED** that the Clerk of Court administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings. All pending deadlines and motions are terminated, to be re-urged by counsel when the time is right. This Order shall not be considered a dismissal or disposition of this matter.

**IT IS FURTHER ORDERED** that, once the appeal has reached a final determination, if further proceedings in this Court are necessary or desirable, any party may initiate those proceedings in the same manner as if this Order had not been entered.

MONROE, LOUISIANA, this 19th day of September 2023.

_____
Terry A. Doughty
United States District Judge